# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2023-0268**

C.L.R.B. v. State of Alabama (Appeal from Mobile Circuit Court: CC-21-2559, CC-21-2560, and CC-21-3167)

## <u>NOTICE</u>

You are hereby notified that on September 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk